1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

FILED
CLERK, U.S. DISTRICT COURT

SEP 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CKO INVESTMENT GROUP
AND/OR ITS SUCCESSORS,
AND/OR ASSIGNEES IN
INTEREST,

Plaintiff,

vs.

JOSE C TORRES AND MARIA
URENO DOES 1-10,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. SACV12-1414-UA (DTBx)

ORDER SUMMARILY REMANDING
IMPROPERLY-REMOVED ACTION

21      The Court will remand this unlawful detainer action to state court summarily
22  because it has been removed improperly.
23      On August 29, 2012, defendant Jose C. Torres, having been sued in what
24  appears to be a routine unlawful detainer action in California state court, lodged a
25  Notice of Removal of that action to this Court and also presented an application to
26  proceed *in forma pauperis*. The Court has denied the latter application under separate
27  cover because the action was not properly removed. To prevent the action from
28  / / /

1

1    remaining in jurisdictional limbo, the Court issues this Order to remand the action to

2    state court.

3          Simply stated, plaintiff could not have brought this action in federal court in

4    the first place, in that defendant does not competently allege facts supplying either

5    diversity or federal-question jurisdiction, and therefore removal is improper.  28

6    U.S.C. §1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563,

7    125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Even if complete diversity of citizenship

8    exists, the amount in controversy does not exceed the diversity-jurisdiction threshold

9    of $75,000.  See 28 U.S.C. §§ 1332, 1441(b).  On the contrary, the unlawful-detainer

10   complaint recites that the amount in controversy does not exceed $10,000.

11         Nor does plaintiff's unlawful detainer action raise any federal legal question.

12   See 28 U.S.C. §§ 1331, 1441(b).

13         Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

14   Superior Court of California, Orange County, 1275 N. Berkeley Avenue, Fullerton,

15   CA 92838, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2)

16   that the Clerk send a certified copy of this Order to the state court; and (3) that the

17   Clerk serve copies of this Order on the parties.

18         IT IS SO ORDERED.

19

20

21   DATED:  _____9/5/2012_____

22                                                    AUDREY B. COLLINS
                                                      CHIEF UNITED STATES DISTRICT JUDGE

23

24   Presented by:

25

26   _____

27   David T. Bristow
     United States Magistrate Judge

28